*DELAHAYE* vs. *PELLERIN.*

**A suit for a negro & damages, shall bar, one for damages: tho' nothing be said as to them in the first judgment.**

THE plaintiff had heretofore brought a suit, in the Parish Court, against the defendant, for the recovery of a negro slave, *and damages for the detention,* and obtained a judgment for the restoration of the slave; nothing being said *as to the damages.* The object of the present suit, was to recover *damages,* the slave being restored.

THE Court held that the suit in the Parish Court was a complete bar, being brought *for the slave and damages.* That suit being at an end, the judgment was complete, or not. If it was not, the judgment must be completed below. If complete, it must forever be a bar.

MARTIN, *J.* being alone on the bench, took the case to New-Orleans, to be considered by LEWIS, *J.* who concurred in this opinion.